UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROGER D. GORMAN,  Case No. 05-71242

    Plaintiff,  Hon. George Caram Steeh

v.

GRAND TRUNK WESTERN
RAILROAD, INCORPORATED, also
Known as Canadian National/Illinois
Central Railroad (CN/IC), a Delaware
Corporation,

    Defendant.

| DENNIS P. BRESCOLL (P34208) | RICHARD A. DIETZ (P31940) |
|---|---|
| BRESCOLL & BRESCOLL, P.C. | FOSTER, MEADOWS & BALLARD, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 222 Merrill Street | GRAND TRUNK WESTERN RAILROAD, INC. |
| Birmingham, MI 48009 | Shelby Congress Building |
| (248) 540-4300 | 607 Shelby, Seventh Floor |
|  | Detroit, MI 48226 |
|  | Ph.:    (313) 961-3234 |
|  | Fax:   (313) 961-6184 |
|  | Email:  rdietz@fostermeadows.com |

ORDER OF DISMISSAL

Upon reading and filing of the attached Stipulation for Dismissal with Prejudice, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that the captioned actions be dismissed with prejudice and without costs to any party.

This Order resolves the last pending claim and closes the case.

1

2

                        S/George Caram Steeh
                        GEORGE CARAM STEEH
                        UNITED STATES DISTRICT JUDGE

Dated: June 12, 2006